UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY TATINTSIAN,<br><br>                                Plaintiff<br><br>vs.<br><br>MIKHAIL VOROTYNTSEV,<br><br>                                Defendant. | No. 16 Civ. 7061 (ER)<br><br>[PROPOSED] ORDER |

Ramos, D.J.:

Gary Tatintsian's Motion for a Temporary Restraining Order and Preliminary Injunction, dated September 9, 2016, was entered in Civil Action No. 16 Civ. 7061 (Docket No. 1). By Order dated September 9, 2016, this Court directed the clerk to re-open this matter as a miscellaneous case. The matter was subsequently re-opened as 16-mc-330, and heard by the Hon. Sidney H. Stein sitting in Part I. Judge Stein ordered, *inter alia*, that Tatintsian's motion will be filed under seal without prejudice to either party seeking unsealing in the context of a subsequent civil action. Consequently, this Court orders that, in Civil Action No. 16 Civ. 7061, Tatintsian's motion will be filed under seal without prejudice to either party seeking unsealing in the context of a subsequent civil action.

It is SO ORDERED.

Dated:      September 13, 2016
            New York, New York

                                                                _____
                                                                Edgardo Ramos, U.S. D.J.